**Electronically Filed
Supreme Court
SCWC-30066
26-JUL-2011
07:57 AM**

SCWC-30066

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

COREY J. GONSALES, Petitioner/Defendant-Appellant.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CASE NO. 1DTC-07-046866)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioner/Defendant-Appellant's application for writ of certiorari filed on June 13, 2011, is hereby rejected.

DATED: Honolulu, Hawai'i, July 26, 2011.

FOR THE COURT:

/s/ Paula A. Nakayama

Associate Justice



James S. Tabe, Deputy
Public Defender, for
petitioner/defendant-
appellant on the
application

---

[1]Considered by: Recktenwald, C.J., Nakayama, Acoba, Duffy, and McKenna, JJ.